NOT FINAL UNTIL TIME EXPIRES TO FILE REHEARING
MOTION AND, IF FILED, DETERMINED

IN THE DISTRICT COURT OF APPEAL

OF FLORIDA

SECOND DISTRICT

In the Interest of G.R., a child.
_____

S.M.W.,

      Appellant,

v.

DEPARTMENT OF CHILDREN AND
FAMILIES and GUARDIAN AD LITEM,

      Appellees.
_____

Case No. 2D19-750

Opinion filed July 31, 2019.

Appeal from the Circuit Court for
Hillsborough County; Kim Hernandez
Vance, Judge.

Linda C. Clark of Linda C. Clark, P.A.,
Tampa, for Appellant.

Ashley Moody, Attorney General, and
Mary Soorus, Assistant Attorney
General, Tampa, for Appellee,
Department of Children and Families.

Thomasina Moore, Statewide Director,
Tallahassee; and Kristie L. Hatcher-
Bolin of Gray Robinson, P.A., Lakeland,
for Appellee, Guardian ad Litem.

PER CURIAM.

      Affirmed.

CASANUEVA, BLACK, and SALARIO, JJ., Concur.